Mwenyeji MTU, Plaintiff/Appellant,

v.

CITY OF ST. LOUIS, et al., Defendants/Respondents.

No. ED 87732.

Missouri Court of Appeals, Eastern District, Division Three.

Sept. 26, 2006.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 9, 2006.

Application for Transfer Denied Dec. 19, 2006.

Tom Mendelson, St. Louis, MO, for appellant.

Belinda Spaeth, St. Louis, MO, for respondents.

Before GLENN A. NORTON, P.J., LAWRENCE E. MOONEY and KENNETH M. ROMINES, JJ.

ORDER

PER CURIAM.

Mwenyeji Mtu appeals the circuit court's judgment dismissing his petition seeking injunctive relief and damages for wrongful condemnation and demolition. We have reviewed the parties' briefs and the record

and shall show affirmatively that the affiant is competent to testify to the matters stated therein . . ."

on appeal. No error of law appears. An extended opinion reciting the detailed facts and restating the principles of law would have no precedential value. We have, however, provided the parties with a memorandum, for their information only, setting forth the reasons for our decision.

The judgment is affirmed. Rule 84.16(b)(5).